UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN W. TYLER; JOSEPH MACHADO; KEITH FAGUNDES; JENNIFER GARCIA; STEPHEN GIRARDOT.,<br><br>          Defendants. | **14-cv-299  AWI-GSA**<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS**<br><br>**(Doc. 2)** |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. He has made the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. However, Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). He is also obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED.

**2. The Director of California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of California Department of Corrections, 1515 "S" Street, Sacramento, California 95814.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, *if plaintiff has not already done so*.

6. Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of all pro se complaints for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which

relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.  Plaintiff is advised that his complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **March 7, 2014**                                **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE